No. 71–913.   SEABOARD SHIPPING CORP. *v.* MORAN INLAND WATERWAYS CORP. ET AL., 406 U. S. 949;

No. 71–1068.   MIDWEST FREIGHT FORWARDING CO., INC., ET AL. *v.* LEWIS, SECRETARY OF STATE OF ILLINOIS, ET AL., 406 U. S. 939;

No. 71–1264.   FERRELL ET AL. *v.* HALL, GOVERNOR OF OKLAHOMA, ET AL., 406 U. S. 939;

No. 71–5795.   PARK *v.* CALIFORNIA ET AL., 406 U. S. 962;

No. 71–6170.   SOOTS ET UX. *v.* PANARO, 406 U. S. 922;

No. 71–6194.   BATEN *v.* DISTRICT UNEMPLOYMENT COMPENSATION BOARD, 406 U. S. 923;

No. 71–6205.   POKRAS *v.* UNITED STATES, 406 U. S. 924;

No. 71–6249.   KRIKMANIS *v.* MANNERING ET AL., 406 U. S. 926;

No. 71–6324.   DELEVAY *v.* GREYHOUND CORP., 406 U. S. 928; and

No. 71–6429.   MAGRO *v.* LÉNTINI BROS. MOVING & STORAGE CO. ET AL., 406 U. S. 961.   Petitions for rehearing denied.

JUNE 29, 1972

No. 68–5017.   JOHNSON ET AL. *v.* LOUISIANA.   Appeal from Sup. Ct. La.   Motion for leave to proceed *in forma pauperis* granted.   Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings.   See *Stewart* v. *Massachusetts, ante,* p. 845.

No. 69–5050.   KERRIGAN *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT.   Appeal from D. C. Mass.   Motion for leave to proceed *in forma pauperis* granted.   Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings.   See *Stewart* v. *Massachusetts, ante,* p. 845.